UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RYAN PRUITT,

    Petitioner,

v.

                                              Case No. 20-cv-0971-bhl

RANDALL R. HEPP, Warden,

    Respondent.

## ORDER

      On June 29, 2020, Petitioner Ryan Pruitt, a state prisoner incarcerated at Waupun Correctional Institution, filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. (ECF No. 1.) Since April of 2022, this matter has been administratively closed while Pruitt has pursued postconviction relief pursuant to Wis. Stat. § 974.06. After Pruitt confirmed starting his state-court exhaustion efforts, the Court has ordered him to provide periodic status reports, which he has done. (ECF Nos. 22, 56 & 58.) Most recently, on February 24, 2025, Pruitt reported that he had been recently released from segregation and a "paper restriction" and plans to submit his brief and appendix in the state court. (ECF No. 59 at 1.) He is currently waiting for the state court's ruling on his motion to submit his brief and appendix as soon as possible. (*Id.*) A review of Wisconsin Court System Supreme Court and Court of Appeals Access for Case Nos. 2022AP001005 and 2022AP001006 indicates that on February 13, 2025, the deadline for Pruitt to file his appellant brief and appendix was extended to March 31, 2025. *See* wscca.wicourts.gov/appealhistory (last visited on February 25, 2025.) The state court appellate docket also indicates that on February 24, 2025, Pruitt filed a letter indicating that he had not yet received a response on his motion to extend and a copy of the order extending Pruitt's deadline to March 31, 2025, was sent to him that same day. (*Id.*)

      The Court will therefore order Pruitt to provide another status report on or before May 30, 2025, updating the Court on his exhaustion efforts. The Court again encourages Pruitt not to delay

his state court exhaustion efforts with any further requests for extensions and to file his brief and appendix by March 31, 2025.

Accordingly,

**IT IS HEREBY ORDERED** that Pruitt provide another status report **on or before May 30, 2025,** informing the Court of the status of his appeal. If there is any resolution of his state-court proceedings, Pruitt is directed to submit a status report within thirty days from the date of resolution regarding the resolution. Failure to comply with this directive may result in dismissal.

Dated at Milwaukee, Wisconsin on February 25, 2025.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge