UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RYAN PRUITT,

        Petitioner,

v.                                                  Case No. 20-cv-0971-bhl

RANDALL R. HEPP, Warden,

        Respondent.

## ORDER DIRECTING PETITIONER TO SHOW CAUSE FOR HIS FAILURE TO FILE A STATUS REPORT

        On June 29, 2020, Petitioner Ryan Pruitt, a state prisoner currently incarcerated at Waupun Correctional Institution, filed a petition for habeas corpus pursuant to 28 U.S.C. § 2254. (ECF No. 1.) Since April of 2022, this matter has been administrative closed while Pruitt has pursued postconviction relief pursuant to Wis. Stat. § 974.06. After Pruitt confirmed starting his state-court exhaustion efforts, the Court ordered him to provide periodic status reports and he has generally complied. Pruitt has not complied with the Court's most-recent Order, dated February 25, 2025, in which he was directed to provide another status report on or before May 30, 2025. (ECF No. 60.) Given his noncompliance, the Court will order Pruitt to show cause in writing for his failure to file a timely status report within 14 days of this Order. Pruitt's response should include his overdue status report along with a written explanation for his failure to file the status report in a timely fashion. If Pruitt does not file a timely response, the Court will construe his silence as abandonment and dismiss the case for failure to prosecute. *See Ball v. City of Chicago*, 2 F.3d 752, 755–56 (7th Cir. 1993).

        Accordingly,

        **IT IS HEREBY ORDERED** that, on or before **June 23, 2025**, Pruitt must file a status report along with a written explanation for his failure to file that status report in a timely fashion.

He should also indicate if he wishes to proceed with this case. Failure to comply with this Order will result in dismissal for failure to prosecute.

Dated at Milwaukee, Wisconsin on June 9, 2025.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge